IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MAURICE T. DEWS**                                                         **PLAINTIFF**
**ADC #45176-007**

v.                        **CASE NO. 2:21-CV-00044-BSM**

**USA,** *et al.*                                                    **DEFENDANTS**

## ORDER

After carefully reviewing the record and United States Magistrate Judge J. Thomas Ray's proposed findings and recommendations (RD) [Doc. No. 6], the RD is adopted. Dews's claims against all defendants are dismissed without prejudice, and this dismissal counts as a "strike." 28 U.S.C. § 1915(g). Dews's motion for appointment of counsel [Doc. No. 5] is denied as moot. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE